IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KATHY L. WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:12-0183 |
| | ) | Judge Trauger |
| THE GAP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

It is hereby **ORDERED** that the initial case management conference scheduled for May 21, 2012 at 4:00 p.m. is **RESET** for the same day at 2:30 p.m.

It is so **ORDERED**.

ENTER this 17th day of May 2012.

_____
ALETA A. TRAUGER
U.S. District Judge